**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DAVID CASPER, | ) | 3:12-CV-0204-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 11, 2013 |
| | ) | |
| RENEE BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　　　Before the court is plaintiff's motion to compel discovery (#24). Plaintiff is seeking an order compelling the defendants to answer interrogatories and requests for production of documents. Defendants filed an opposition to the motion (#25) in which they correctly point out that they were granted an extension of time to February 7, 2013 to serve answers to discovery requests (#23). Defendants advise that those discovery responses were served on February 7, 2013 (#25). Therefore,

　　　　**IT IS ORDERED** that plaintiff's motion to compel discovery (#24) is **DENIED as moot**.

　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　By:            /s/
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk