UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID CASPER, | ) | 3:12-CV-0204-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 30, 2013 |
| | ) | |
| RENEE BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   LISA MANN     **REPORTER:** NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for leave to file medical records under seal in support of defendants' cross-motion for summary judgment (#34). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion for leave to file medical records under seal in support of defendants' cross-motion for summary judgment (#34) is **GRANTED**. The medical records (#36) are filed and shall remain under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk