IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CASPER,<br><br>    Plaintiff,<br><br>vs.<br><br>RENEE BAKER, et al.,<br><br>    Defendants. | Case No. 3:12-cv-00204-LRH-VPC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER THEREON** |

It is hereby stipulated and agreed between Plaintiff David Casper (hereafter "Casper") a pro se litigant, and Defendants Renee Baker, E.K. McDaniel and Adam Watson, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Micheline N. Fairbank, Senior Deputy Attorney General, that all proceedings in the above-captioned matter be dismissed with prejudice in its entirety.

///
///
///
///
///
///
///
///

This Stipulation is based upon an out-of-court settlement reached by and between Plaintiff and Defendants in this matter. Except as otherwise agreed to by the parties in the written agreement, each party shall bear their own attorneys' fees and costs.

Dated this 26th day of September, 2014.　　　　Dated this 3rd day of October, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　CATHERINE CORTEZ MASTO
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

By: /s/ David Casper　　　　　　　　　　　　　　By: /s/ Micheline N. Fairbank
DAVID CASPER　　　　　　　　　　　　　　　　　MICHELINE N. FAIRBANK
AZDOC #284955　　　　　　　　　　　　　　　　Deputy Attorney General
Arizona State Prison Complex　　　　　　　　　　Bureau of Litigation
Eyman Browning Unit　　　　　　　　　　　　　Public Safety Division
P.O. Box 3400
Florence, AZ 85132　　　　　　　　　　　　　　*Attorney for Defendants*

Pro Se

### ORDER

The parties having stipulated:

IT IS SO ORDERED that this matter be DISMISSED WITH PREJUDICE in accordance with the terms agreed upon by the parties.

DATED this 6th day of October, 2014.

/s/ Larry R. Hicks
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE